**Order filed April 8, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00041-CR

_____

## DANNA PRESLEY CYR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 18-4835**

### O R D E R

On February 26, 2021, this court issued an opinion and judgment in which we reversed Appellant's conviction. Appellant has now filed a motion for bail. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2018). Pursuant to Article 44.04(h), Appellant is entitled to release on reasonable bail pending final determination of an appeal by the State or Appellant on a petition for discretionary review. *Id.* Because Appellant filed her motion in this court prior to a petition for

discretionary review being filed, this court must determine and set the amount of bail. *See id.*

Accordingly, we order that bail is hereby set in this cause at $100,000, to be filed with the clerk of the 106th District Court, conditioned on the sureties, if any, being approved by the trial court. *See id.* If sufficient bail is posted as provided for in this order, the trial court shall order Appellant released from the confinement previously assessed in this cause.

PER CURIAM

April 8, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2